ESTES EXPRESS LINES ET AL. *v.* UNITED
STATES ET AL.

No. 1121. Decided April 21, 1969.

*Harry J. Jordan* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Raymond M. Zimmet* for the United States et al., and *William H. Marx* and *H. Merrill Pasco* for Railway Express Agency, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.